

October 10, 2024

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

Re:    Centeno v. Brookfield Properties Multifamily LLC, et al.
         Case No. 24-cv-5238-VSB

Dear Judge Broderick:

Our firm represents the Defendants, Brookfield Properties Multifamily LLC and Robert Honeysett, in the above-referenced matter. We write to inform the Court that, pursuant to the Court's October 2, 2024 Order, Defendants do not oppose Plaintiff's Motion to Amend Plaintiff's Complaint. Indeed, Plaintiff was within his right to file a first Amended Complaint by October 1, 2024 pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

If the Court grants Plaintiff's Motion to Amend Plaintiff's Complaint, Defendants respectfully request 30 days after the Court's order to file their response to the Amended Complaint.

Respectfully submitted,

/s/ Brian P. FitzGerald

Brian P. FitzGerald

cc: all counsel of record via ECF

4871-4899-5821.1 / 056042-1223

littler.com

---

Plaintiff's motion for leave to file an amended complaint, (Doc. 11), is GRANTED.

Plaintiff shall file the proposed amended complaint, (Doc. 11-1), on the docket by October 17, 2024.

Defendants' deadline to respond to Plaintiff's amended complaint shall be November 10, 2024.

In light of the amended complaint, Defendants' motion to dismiss is DENIED AS MOOT without prejudice to refiling.

The Clerk of Court is respectfully directed to terminate the pending motions at Docs. 6, 7, and 8.

10/10/2024     SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE