

299 Broadway
17th Floor
New York, New York
10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

April 28, 2026

> By May 19, 2026, Plaintiff shall file either a second amended complaint or a declaration regarding his citizenship and the citizenship of Defendants Brookfield and Diehl to cure the defects described in my April 7, 2026 Order, (Doc. 23).
>
> APPLICATION GRANTED
> SO ORDERED *[signature]*
> VERNON S. BRODERICK
> U.S.D.J. 4/27/2026

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York

re: Centeno v. Brookfield Properties Multifamily, LLC, et al. 24-CV-5238 (NSR)

Dear Judge Broderick,

My office represents the Plaintiff in the above matter. In that capacity, I write, with the consent of Brian Fitzgerald, Esq., counsel for Defendants to respectfully request a three-week extension of time to respond to the Court's Order dated April 7, 2026 regarding diversity jurisdiction. The reason for this request is that I am currently in the middle of a jury trial before the Honorable Dale E Ho, U.S.D.J. in the Southern District of New York in the matter of Dominguez v. City of New York, et al. 21-CV-2302 (DEH), which commenced on April 20, 2026. As such, I have been engaged in pre-trial motion practice and trial preparation, as well as the trial itself since the Court's April 7, 2026 Order. As the trial is still on Plaintiff's case, I am requesting the three-week adjournment within which to respond to the Court's Order. This is the first such request by Plaintiff.

Plaintiff thanks the Court for its consideration herein.

Respectfully submitted,

/s/ Evan Brustein

Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, Suite 800
New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (347) 786-6784
Email: evan@brusteinlaw.com
*Attorneys for Plaintiff*

cc:    All Counsel (via ECF)