**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MIKE CENTENO,

Plaintiff,

-against-

24 **CIVIL** 5238 (VSB)

**JUDGMENT**

BROOKFIELD PROPERTIES MULTIFAMILY LLC and MATTHEW DIEHL,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 8, 2026, Defendants' motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**