UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MIKE CENTENO,

Plaintiff,

-against-

BROOKFIELD PROPERTIES MULTIFAMILY LLC and MATTHEW DIEHL,

Defendants.
---------------------------------------------------------------X

NOTICE OF APPEAL

24-CV-5238 (VSB)

PLEASE TAKE NOTICE that plaintiff Mike Centeno appeals to the United States Court of Appeals for the Second Circuit from the judgment entered by the Clerk of the Court on September 10, 2026, and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within that judgment.

Dated: New York, New York
October 2, 2026

Respectfully submitted,

BRUSTEIN LAW PLLC
Attorneys for Plaintiff
299 Broadway, 17th Floor
New York, NY, 10007
(212) 233-3900

By: ___*/s/ Evan Brustein*___
Evan Brustein

To: Brian Fitzpatrick, Esq. (via ECF)
Daniel Sergio Gomez-Sanchez, Esq. (via ECF)
Littler Mendelson, P.C.
*Counsel for Defendants*